John Kassly and Victoria Barton (John Kassly, appellee), v. Metropolitan Life Insurance Company, appellant.

Opinion filed November 9, 1936.

Kramer, Campbell, Costello & Wiechert, for appellant. Beasley & Zulley, for appellee.

Mr. Presiding Justice Stone delivered the opinion of the court.

Bert Sansewicz, appellee, v. George Petroff, appellant.

Opinion filed November 9, 1936.

W. H. Hart and R. E. Smith, for appellant. Everett Lewis, for appellee.

Mr. Justice Edwards delivered the opinion of the court.

Helen Kuntz, appellee, v. John Hancock Mutual Life Insurance Company, appellant.

Opinion filed November 9, 1936.

Kramer, Campbell, Costello & Wiechert, for appellant. Frank M. Summers, for appellee; Louie F. Orr, of counsel.

Mr. Justice Murphy delivered the opinion of the court.